1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN STRETCH (CABN 163973)
3  Chief, Criminal Division

4  DARYL T. EREMIN (TXBN 24012593)
   Special Assistant United States Attorney
5      450 Golden Gate Avenue
       San Francisco, California  94102
6      Telephone: (415) 522-6031
       Facsimile: (415) 436-7234
7      E-Mail: Daryl.Eremin@usdoj.gov

8  Attorneys for the United States

9                          UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

11                              SAN FRANCISCO DIVISION

12 UNITED STATES OF AMERICA,         )   Criminal No. CR 09-0589 WHA
                                     )
13         Plaintiff,                )
                                     )
14     v.                            )
                                     )   [PROPOSED] ORDER AND
15                                   )   STIPULATION EXCLUDING TIME FOR
   GABINO SOSA-LOPEZ,                )   PERIOD FROM JULY 13, 2009, TO JULY
16     a/k/a Gavino Sosa-Lopez,      )   27, 2009
       a/k/a Gabino Lopez, and      )
17     a/k/a Juan Manuel Sosa-Lopez, )
                                     )
18         Defendant.                )
                                     )
19 _____)

20         The parties appeared before the Honorable William Alsup on June 23, 2009.  With the

21 agreement of counsel for both parties, the Court found and held as follows:

22         1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §

23 3161, for the period from July 13, 2009, to July 27, 2009, in light of the defendant's counsel's

24 unavailability.  Failure to grant the requested continuance would unreasonably deny the

25 defendant continuity of counsel.

26         2. Given these circumstances, the Court found that the ends of justice served by

27 excluding the period from July 13, 2009, to July 27, 2009, outweigh the best interest of the

28 [PROPOSED] ORDER AND
   STIPULATION EXCLUDING TIME
   CR 09-0589 WHA

public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

    3. Accordingly, and with the consent of the defendant, the Court ordered that the period from July 13, 2009, to July 27, 2009, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: June 24, 2009

          /s/
LOREN G. STEWART
Counsel for Gabino Sosa-Lopez

DATED: June 24, 2009

          /s/
DARYL T. EREMIN
Special Assistant United States Attorney

IT IS SO ORDERED.

DATED: June 26, 2009

THE HONORABLE WILLIAM ALSUP
United States District Court Judge

[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 09-0589 WHA          2